**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

_____
                                                    :
JAMES BONNER,                                        :
                                                    :
                    Plaintiff,     :      No.: 3:26-cv-01946-MEM
                                                    :
        v.                                         :
                                                    :      JURY TRIAL DEMANDED
WEST PENN TOWNSHIP,                                  :
GLENN HUMMEL, individually                           :
and as Township Supervisor, and TONY                :
PRUDENTE, Individually and as Board of  :
Supervisors Chairman                                :
                                                    :
                    Defendants.     :
_____:

**ENTRY OF APPEARANCE**

TO THE PROTHONOTARY:

        Kindly enter my appearance on behalf of Defendants West Penn Township,

Glenn Hummel and Anthony Prudenti (named as "Tony Prudente" in the Complaint)

in the above-referenced matter.

                            **SIANA LAW**

            By:    */s/ Eric M. Brown*_____
                   Eric M. Brown, Esquire, I.D. #204551
                   Attorney for Defendants
                   941 Pottstown Pike, Suite 200
                   Chester Springs, PA 19425
                   (P): 610.321.5500 (F): 610.321.0505
                   embrown@sianalaw.com

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMES BONNER, | : | |
| | : | |
| Plaintiff, | : | No.: 3:26-cv-01946-MEM |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| WEST PENN TOWNSHIP, | : | |
| GLENN HUMMEL, individually | : | |
| and as Township Supervisor, and TONY | : | |
| PRUDENTE, Individually and as Board of | : | |
| Supervisors Chairman | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on this date a true and correct copy of

*Entry of Appearance* was served via ECF as follows:

Gerald J. Hanchulak, Esquire
345 Wyoming Ave, Suite 205
Scranton, PA 18503

**SIANA LAW**

Date: July 28, 2026          By:   */s/ Eric M. Brown*
Eric M. Brown, Esquire, I.D. #204551
Attorney for Defendants
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
(P): 610.321.5500 (F): 610.321.0505
embrown@sianalaw.com