**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

_____

|  |  |  |
|---|---|---|
| JAMES BONNER, | : | |
| | : | |
| Plaintiff, | : | No.: 3:26-cv-01946-MEM |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| WEST PENN TOWNSHIP, | : | |
| GLENN HUMMEL, individually | : | |
| and as Township Supervisor, and TONY | : | |
| PRUDENTE, Individually and as Board of | : | |
| Supervisors Chairman | : | |
| | : | |
| Defendants. | : | |

_____

**ENTRY OF APPEARANCE**

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Defendants West Penn Township,

Glenn Hummel and Anthony Prudenti (named as "Tony Prudente" in the Complaint)

in the above-referenced matter.

**SIANA LAW**

By:    */s/ Demetrios S. Mikelis*
Demetrios S. Mikelis, Esquire, I.D. #331964
Attorney for Defendants
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
(P): 610.321.5500 (F): 610.321.0505
dsmikelis@sianalaw.com

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMES BONNER, | : | |
| | : | |
| Plaintiff, | : | No.: 3:26-cv-01946-MEM |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| WEST PENN TOWNSHIP, | : | |
| GLENN HUMMEL, individually | : | |
| and as Township Supervisor, and TONY | : | |
| PRUDENTE, Individually and as Board of | : | |
| Supervisors Chairman | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on this date a true and correct copy of

*Entry of Appearance* was served via ECF as follows:

Gerald J. Hanchulak, Esquire
345 Wyoming Ave, Suite 205
Scranton, PA 18503

**SIANA LAW**

Date: July 28, 2026          By:   */s/ Demetrios S. Mikelis*
                                   Demetrios S. Mikelis, Esquire, I.D. #331964
                                   Attorney for Defendants
                                   941 Pottstown Pike, Suite 200
                                   Chester Springs, PA 19425
                                   (P): 610.321.5500 (F): 610.321.0505
                                   dsmikelis@sianalaw.com